FILED
 2022 Oct-19 PM 02:29
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
9/15/2022 4:13 PM
01-CV-2022-902775.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

State of Alabama
Unified Judicial System
Form ARCiv-93 Rev. 9/18

# COVER SHEET
# CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Cas[e Number:]
01[...]
Date of Filing: 09/15/2022
Judge Code:

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JENNIFER WALKER v. MACY'S RETAIL HOLDINGS, LLC**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ____________

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**
R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **YES** ☐ **NO**

**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

LAT021 | 9/15/2022 4:13:28 PM (Date) | /s/ WILLIAM ALBERGOTTI LATTIMO (Signature of Attorney/Party filing this form)

**MEDIATION REQUESTED:** ☐ **YES** ☑ **NO** ☐ **UNDECIDED**

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ **YES** ☑ **NO**

ELECTRONICALLY FILED
9/15/2022 4:13 PM
01-CV-2022-902775.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**JENNIFER WALKER, an individual )**
**)**
**Plaintiff, )**
**)**
**v. ) CIVIL ACTION NO.: CV-2022______**

**MACY'S RETAIL HOLDINGS, LLC, a foreign corporation; There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in according with ARCP 9(h). The work "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations. The symbol by which these party Defendants are designated is intended to include more than one "entity". In the present action, the party Defendant(s) whom the Plaintiff must include by descriptive characterization are as follows:**

**No. 1, whether singular or plural, that person or persons, individual or individuals, entity or entities, Plaintiff hereby intending to designate the entity known only to the Plaintiff as Macy's;**

**No. 2, whether singular or plural, that person or persons, individual or individuals, entity or entities, who or which owned, maintained or had any interest in the premises known as Macy's;**

**No. 3, whether singular or plural, that person or persons, individual or individuals, entity or entities who or which were contracted to maintain and inspect the premises of Macy's;**

**No. 4, whether singular or plural, that person or persons, individual or individuals, entity or entities who or which were contracted to maintain and inspect the escalators of Macy's;**

**No. 5, whether singular or plural, that entity or entities, the persons, corporations, or other legal entities which were responsible for, built, installed, maintained, or inspected the premises of Macy's;**

**No. 6, whether singular or plural, that entity or entities, the persons, corporations, or other legal entities who had responsibility for or undertook inspecting or otherwise were responsible for maintenance on the premises known as Macy's where the Plaintiff was injured;**

**No. 7, whether singular or plural, that entity or entities, including, but not limited to general liability insurance carrier of the entity which owned, occupied or maintained the premises involved in the occurrence made the basis of this lawsuit;**

**No. 8, whether singular or plural, that entity or those entities, who or which provided any insurance coverage, of whatever kind or character, for any of the named defendants or fictitious parties defendant listed or named herein;**

**No. 9, whether singular or plural, that entity or those entities whose negligence, or wantonness, or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's Complaint;**

**No. 10, whether singular or plural, that entity or those entities other than entities described above, which is the successor in interest of any of those entities described above;**

**Plaintiff avers that the identities of the fictitious party defendants, numbers 1 through 9, herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff their identities as proper party defendants are not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained,**

**)**

**Defendants. )**

## COMPLAINT

COMES NOW the **Plaintiff, JENNIFER WALKER**, and files this Complaint alleging as follows:

## STATEMENT OF THE PARTIES

1. The **Plaintiff**, **JENNIFER WALKER**, is over the age of nineteen (19) years and is a resident of Jefferson County, Alabama.

2. **Defendant**, **MACY'S RETAIL HOLDINGS, LLC**, (hereinafter "Macy's")**,** was, at all material and relevant times, a foreign corporation, doing business in Jefferson County, Alabama, at the time of the occurrence forming the basis of this civil action.

## STATEMENT OF THE FACTS

3. On September 20, 2020, Plaintiff Jennifer Walker, was a business invitee on the premises at the Macy's located at 614 Brookwood Village, Mountain Brook, AL 35209. On that date and at that time, Defendant Macy's owned, operated, and had control over the store in question.

4. While inside the store, Mrs. Walker was caused to fall at the foresaid time and place due to an escalator malfunction, resulting in serious injuries.

5. As a proximate consequence thereof, Plaintiff, Jennifer Walker, suffered injuries and damages, including but not limited to:

a) Severe physical injuries;

b) Mental anguish and emotional distress;

c) Physical pain and discomfort;

d) Past, present and future medical expenses.

6. Plaintiff, Jennifer Walker, alleges that the injuries, including but not limited to those stated above in Paragraph Five (5) are a proximate consequence of the negligent, reckless, wanton, and/or wrongful conduct of the Defendants.

**COUNT I**
**NEGLIGENCE**

7. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 6 of the Complaint.

8. Plaintiff further alleges that the Defendants, both named and fictitious, negligently maintained the area where the Plaintiff was injured and negligently failed to insure safe and hazard-free premises in the area where the Plaintiff was injured.

9. Plaintiff further alleges that the Defendant, had a duty to provide a safe, secure and hazard-free establishment for patrons on said premises.

10. Plaintiff further alleges that the Defendant was negligent or wanton in its maintenance of the escalator where the Plaintiff fell, and that the Defendant's negligence or wantonness rendered said area a hazard and created an otherwise dangerous condition for individuals, including the Plaintiff.

11. Plaintiff further alleges that the Defendants, both named and fictitious, negligently caused and/or allowed an inherently dangerous condition to exist on said premises and failed to warn the Plaintiff or others about such dangers.

12. Defendant acted negligently or wantonly in breaching its duty and failing to provide a hazard-free environment for its invitees.

13. The Plaintiff further alleges that, as a direct and proximate result of aforesaid negligence on the part of the Defendants, both named and fictitious, Plaintiff was proximately caused to suffer the following injuries and damages, to wit:

    a. Plaintiff was caused to suffer injuries to her body;

    b. Plaintiff was caused to seek medical treatment in an effort to heal and cure her injuries;

    c. Plaintiff was caused to incur hospital bills, doctors' bills and prescription expenses in an effort to cure her injuries and will be caused to incur additional bills in the future;

    d. Plaintiff was caused to suffer physical pain and discomfort;

    e. Plaintiff was caused to suffer mental anguish and distress;

14. Plaintiff avers that on said occasions, the negligence of Defendants, both named and fictitious, caused the Plaintiff to be injured and damaged as set forth above.

**WHEREFORE**, Plaintiff hereby demands of the Defendants, jointly and severally, compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, plus costs.

**COUNT II**
**FICTITIOUS DEFENDANTS**

15. Plaintiff hereby adopts and incorporates the entirety of paragraphs one (1) through fourteen (14) hereinabove, as though set out fully herein.

16. Plaintiff avers that Fictitious Defendants No. 1-10 combined and concurred to directly and proximately cause Plaintiff's injuries set out in COUNT 1 hereinabove. Fictitious Defendants No. 1-10, whose current names and identities are unknown to Plaintiff at the present time, or whose status as proper party defendants to this action is unknown to Plaintiff at the present time, will be correctly identified and added by amendment when ascertained.

**WHEREFORE**, Plaintiff hereby demands of the Defendants, jointly and severally, compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, plus costs.

**Respectfully submitted this 15th day of September, 2022.**

*/s/ Will Lattimore*
**WILL LATTIMORE (LAT021)**

**OF COUNSEL:**
**TURNBULL, HOLCOMB, & LEMOINE, P.C.**
2101 6th Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 831-5040
Facsimile: (205) 848-6300
wlattimore@turnbullfirm.com

*/s/ Robert L. Beeman*, II
**ROBERT BEEMAN II (BEE009)**

**OF COUNSEL:**
**BEEMAN LAW FIRM**
P.O. Box 253
Helena, AL 35080
Telephone: (205) 422-9015
Facsimile: (800) 693-5150
Rlbsportsmgnt12@gmail.com

**THE PLAINTIFF HEREBY DEMANDS A STRUCK JURY FOR THE TRIAL OF THIS CAUSE.**

**TO CLERK: PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AT THE FOLLOWING ADDRESS:**

Macy's Retail Holdings, LLC
c/o Corporate Creations Network, Inc.
4000 Eagle Point Corporate Drive
Birmingham, AL 35242



AlaFile E-Notice

01-CV-2022-902775.00

To: WILLIAM ALBERGOTTI LATTIMORE II
wlattimore@turnbullfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC
01-CV-2022-902775.00

The following complaint was FILED on 9/15/2022 4:13:38 PM

Notice Date:    9/15/2022 4:13:38 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2022-902775.00

To: MACY'S RETAIL HOLDINGS, LLC
4000 EAGLE PT. CORP. DR.
BIRMINGHAM, AL, 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC
01-CV-2022-902775.00

The following complaint was FILED on 9/15/2022 4:13:38 PM

Notice Date:     9/15/2022 4:13:38 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-902775.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC**

**NOTICE TO:** MACY'S RETAIL HOLDINGS, LLC, 4000 EAGLE PT. CORP. DR., BIRMINGHAM, AL 35242
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WILLIAM ALBERGOTTI LATTIMORE II ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2101 6th Avenue N., Ste. 1100, BIRMINGHAM, AL 35203 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JENNIFER WALKER *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

09/15/2022 *(Date)* /s/ JACQUELINE ANDERSON SMITH *(Signature of Clerk)* By: ________ *(Name)*

☑ Certified Mail is hereby requested. /s/ WILLIAM ALBERGOTTI LATTIMORE II *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on ________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ________ *(Name of Person Served)* in ________ *(Name of County)* County, Alabama on ________ *(Date)*.

________ *(Address of Server)*

________ *(Type of Process Server)* ________ *(Server's Signature)*

________ *(Server's Printed Name)* ________ *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC

01-CV-2022-902775.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $8.30

Parties to be served by Certified Mail - Return Receipt Requested

MACY'S RETAIL HOLDINGS, LLC
4000 EAGLE PT. CORP. DR.
BIRMINGHAM, AL 35242

Postage: $8.30

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MACY'S RETAIL HOLDINGS, LLC
4000 EAGLE PT. CORP. DR.
BIRMINGHAM, AL 35242

9590 9402 6310 0274 7136 31

2. Article Number (Transfer from service label)

7022 0410 0002 8552 8514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

S/C

CV- 22-902775

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ail
ail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

7022 0410 0002 8552 8514

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**NDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MACY'S RETAIL HOLDINGS, LLC
4000 EAGLE PT. CORP. DR.
BIRMINGHAM, AL 35242



9590 9402 6310 0274 7136 31

2. Article Number (Transfer from service label)

7022 0410 0002 8552 8514

**MPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Stephanie Lowman

C. Date of Delivery: 9-20-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

S/C

CV-22-902775

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ail
- ail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt



USPS TRACKING #
9590 9402 6310 0274 7136 31

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 23 2022
JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2022-902775.00
Judge: ROBERT S. VANCE

To: LATTIMORE WILLIAM ALBERGO
wlattimore@turnbullfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC
01-CV-2022-902775.00

The following matter was served on 9/20/2022

**D001 MACY'S RETAIL HOLDINGS, LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2022-902775.00
Judge: ROBERT S. VANCE

To: BEEMAN ROBERT LEE II
rlbsportsmgnt12@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JENNIFER WALKER V. MACY'S RETAIL HOLDINGS, LLC
01-CV-2022-902775.00

The following matter was served on 9/20/2022

**D001 MACY'S RETAIL HOLDINGS, LLC**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov